In the United States District Court
FOR THE WESTERN DISTRICT OF MICHIGAN

Ade Brown SR# 889273

FILED - GR
September 12, 2016 12:57 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY /s/ 9,14-14

1:16-cv-1117
Gordon J Quist - U.S. District Judge
Phillip J Green - Magistrate Judge

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Jessica Perry, James Kissinger, Charlene Haraburda, Margaret Hickey, Marylyn Brown, Cheif Pysc, Carla Monestere, Mr. H (Ostrander), Tony Treiweiler

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I. **Previous Lawsuits**

CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $350 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $350 filing fee regardless whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   Western District, 399 Federal Building, U.S. District Court, Grand Rapids, MI. 49503. 110 Michigan St NW

2. Is the action still pending? Yes ☒ No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision? Yes ☐ No ☐ N/A

4. Is the appeal still pending? Yes ☐ No ☒ N/A

   a. If not pending, what was the decision on appeal? N/A

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   If so, explain: _____

II. Place of Present Confinement 1576 W. Blue Water Hwy, ICF, Ionia, MI, 48846

If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: This lawsuit took place at 1727 W. Blue Water Hwy, Bellamy Creek, Ionia, MI, 48846

-1-

III. **Parties**

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  Ade Brown SR #884273

Address  ICF, 1576 W. BlueWater Hwy, Ionia, MI, 48846

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1  Perry
Position or Title  Psyc/MA
Place of Employment  IBC
Address  1727 W. BlueWater Hwy, Ionia MI, 48846
Official and/or personal capacity?  Both

Name of Defendant #2  James Kissinger
Position or Title  Psyc/MA
Place of Employment  IBC
Address  1727 W. BlueWater Hwy, Ionia, MI, 48846
Official and/or personal capacity?  Both

Name of Defendant #3  Charlene Haraburda
Position or Title  Psyc/MA
Place of Employment  IBC
Address  1727 W. BlueWater Hwy, Ionia, MI, 48846
Official and/or personal capacity?  Both

Name of Defendant #4  Margaret Hickey
Position or Title  Psyc/MA
Place of Employment  IBC
Address  1727 W. BlueWater Hwy, Ionia, MI, 48846
Official and/or personal capacity?  Both

Name of Defendant #5  Marylan Brown
Position or Title  Psyc/MA
Place of Employment  IBC
Address  1727 W. BlueWater Hwy, Ionia, MI, 48846
Official and/or personal capacity?  Both

-2-

## III Parties

Name of Def. #6 Chief Psyc
position or title Psyc/MA
Place of employment IBC
Address 1727 W. BlueWater Hwy, Ionia, MI, 48846
official/personal Capacity Both

Name of Def #7 Carla Monestere
position or title Psyc/MA
place of employment IBC
Address 1727 W. BlueWater Hwy, Ionia, MI, 48546
Official/personal Capacity Both

Name of Def #8 Mr. M. (ostranda)
position or title Psyc/MA/MSW
place of empl. IBC
Address 1727 W. BlueWater Hwy, Ionia, MI, 48846
Official/personal Capacity Both

Name of Def #9 Tony Treingler
position or title Warden
place of empl. IBC
Address 1727 W. BlueWater Hwy, Ionia, MI, 48846
Official/personal Capacity Both

IV. **Statement of Claim**

State here, as briefly as possible, the facts of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

I want to file a deliberate and indifference claim under 8th amendment on IBC's mental health department. For 6 straight months while in Ad-seg I was denied mental health treatment and medication. Around 10-5-15, I started kiting mental health letting them know of the depression, anxiety, and voices I was hearing in my head. And Ad seg was making me worse. As being diagnosed with numerous illnesses and disabilities (scizoprenia, Bipolar, Adhd) Before coming to prison I wanted to complete treatment. On 10-20-15, I was pulled out of my cell and seen by Psyc Brown. At that time I explained to her about the voices and depression I was facing. She talk to me but didn't do anything. I also seen her on 11-5-2015 And I stated my concerns. Again she refuse to help me. I also start seeing a guy who said his name was Mr. H. who was evaluating me but refuse to admit me to Opt mental health. He stop responding to my kites and coming to see me. I wrote kites and filed grievances on being denied Mental Health from 10/15 untill 3/2016. I also was seen by psyc Carla who refuse to help me after she responded to my mental health grievance. In December I was seen by psyc Hicks who I told I wanted psyc services because of my depression and other illnesses. On January 3 2016 I tried to commit suicide by taking 12 psyciatric pills I received from a friend. I was placed on suicide watch for a week and a half were psyc Perry was my psyc. I explained to her that I was suicidal and I needed medication to help me cope with life. I told her how I keep getting in trouble with staff and my behavior is based on my disabilities. Just like the other psycs she refuse to believe me even after reading my PSI which states I have Adhd and have been on and off drugs and have behavior and mental issues. Around 1-11-16 I was seen by Kissinger while still on suicide. I told him how I was depressed, couldn't sleep and having many nightmares Just as I did with the other Psycs. Around 2-17-16 I talk to a guy name Ostrander who also refuse to help and aknowledge. Now prior to this time I had already

-3-

[Claim Continued]

put in atleast 6 or 7 grievances on Mental Health. And still was not offered medication. My Kites stop getting responded to and I was left surferring mentally and physically. My last evaluation was by Haraburda in March 2016 I told her of my nightmares, depression, anxiety, all my illnessess and the ability to recgonize reality. She said she would help me but didn't. I even had the Legislative ombudsman come and try to help. I attempted to commit suicide, each psyc knew of my condition and sitting and seg was harming my health. Because they did not help me I caught a lot of tickets, I was transferred to Level 5 where I was still surferring without receiving any treatment. This went on for 6 months so I find each Psyc was deliberate to my mental illness. I even talked to the Chief Psyc who refuse to do anything. Psycs all laughed at me during interviews, refuse to respond to my kites or grievances then Transferred me to level 5. Also I explained I had scizoprenia and Bipolar to the warden also and that Ad-seg was making my conditions worse.

I also want to file an equal protection discrimination claim, under the 14th amendment on each of these psycs, I was not treated equally like other people who was receiving Opt Mental Health. Psycs were telling me Im to young for medication or they would review my file and tell me I have major behavior issues so they're not going to help me. I was the only prisoner in seg who was not receiving any treatment because they didn't like me.

## V. Relief

State briefly and precisely what you want the court to do for you.

I would like the courts to grant me $90,000 in compensatory damages on each defendant (psyc) for my pain and suffering and I would also like $100,000 on each def. (psyc) in punitive damages for not helping me receive medication when they knew I needed it. So for being deliberate indifference to my needs. I also would like the courts to grant me $25,000 on each psyc def. for discriminating against me and not treating me equally like other prisoners and allowing me opt services. ~~I also seeking ~~ ~~injunctive relief order to make the psyc here admit me into a program and remove opt before leaving and to recover any help here at ICF because they refuse to do it even with knowledge of my illness by their psyc evaluation.~~

8-27-16                           Ade Brown
Date                              Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

relief continued

I ask $5,000 in ~~compensatory~~ compensatory and punitive damages against Warden for deliberately transferring me to level 5 Ad-seg when knowing of my diagnoses and conditions. I ask for $500 per day and warden in Nominal damages against psycs for each day I was in segregation after psycs became aware of my illness at ICF if compensatory damages are not awarded. I ask Wardens for injunctive relief to ~~exclude~~ waive All major and minor misconducts off my file I caught while at their facility due to illness. I ask the Warden there to have the Warden here reduce my custody level and points level back to level 4 and send me to an outpatient level 4 program. I ask the Warden to waive my Lo-p and sanctions I caught their as a result of my disability. I ask injunctive relief on each psyc to also waive my misconducts as incompetent and to submit proper paperwork to Warden for this. Also that both psyes and warden contact the psycs and Warden at my new facility and get any misconduct Lo-p or tickets I received here waived before being put on opt here. And that they have the Warden and psycs here re-submit my proper Healthcare and PER report in my files so the Parole board can see.

8-27-16                           Ade Brown
Date                              signature of Plaintiff

-4-                               (Last Revised: February 2009)

Ade Brown SR #884273
ICF
1576 W. BlueWater Hwy
Ionia, MI, 48846

U.S. District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, MI, 49503