UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

ADE BROWN #884273,

    Plaintiff,                              Hon. Gordon J. Quist

v.                                        Case No. 1:16-cv-01117-GJQ-PJG

JESSICA PERRY, et al.,

    Defendants,
_____/

**ORDER**

This matter is before the Court on Defendant's Motion for Leave to File Late Reply Brief. (ECF No. 39). Upon review, defendants MDOC will be granted leave to file a late reply brief under W.D. MICH. CIVR 7.2(c) and defendants' reply brief will be deemed filed *instanter*. Accordingly,

**IT IS ORDERED** that Defendants' motion (ECF No. 39) is hereby **GRANTED**. Defendants' reply brief (ECF No. 39-2) is deemed filed *instanter*.

**IT IS SO ORDERED**.

Date: September 19, 2017

                                                      /s/Phillip J. Green
                                                      PHILLIP J. GREEN
                                                      United States Magistrate Judge