UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| ADE BROWN #884273, | |
| Plaintiff, | NO. 1:16-cv-1117 |
| v | HON. GORDON J. QUIST |
| JESSICA PERRY, *et al.*, | MAG. PHILLIP J. GREEN |
| Defendants. | |

| | |
|---|---|
| ADE BROWN #884273, | |
| Plaintiff, | NO. 1:18-cv-369 |
| v | HON. PAUL L. MALONEY |
| GREENFIELD, *et al.*, | MAG. PHILLIP J. GREEN |
| Defendants. | |

| | |
|---|---|
| ADE BROWN #884273, | |
| Plaintiff, | NO. 1:18-cv-554 |
| v | HON. JANET T. NEFF |
| WALTER CONKLIN, *et al.*, | MAG. SALLY J. BERENS |
| Defendants. | |

| | |
|---|---|
| ADE BROWN #884273, | |
| Plaintiff, | NO. 1:18-cv-1362 |
| v | HON. JANET T. NEFF |
| SABRINA DAVIS, *et al.*, | MAG. SALLY J. BERENS |
| Defendants. | |

1

| | |
|---|---|
| ADE BROWN #884273, | |
| Plaintiff, | NO. 1:19-cv-85 |
| v | HON. JANET T. NEFF |
| JOHN DAVIDS, *et al.*, | MAG. SALLY J. BERENS |
| Defendants. | |

| | |
|---|---|
| ADE BROWN #884273, | |
| Plaintiff, | NO. 1:19-cv-420 |
| v | HON. HALA Y. JARBOU |
| MOLLY DARLING, *et al.*, | MAG. SALLY J. BERENS |
| Defendants. | |

| | |
|---|---|
| Ade Brown #884273<br>*In Pro Pro*<br>7444 Brentwood<br>Detroit, MI  48234 | Daniel Manville (P39731)<br>MSU College of Law, Civil Rights Clinic<br>Attorney for Plaintiff<br>P.O. Box 1570<br>East Lansing, MI  48826<br>(517) 432-6866 |
| BREGMAN & WELCH<br>Judy E. Bregman (P32252)<br>Attorney for Plaintiff<br>700 Washington Street, Suite 260<br>Grand Haven, MI  49417<br>(616) 846-3145 | Allan J. Soros (P43702)<br>Jennifer Foster (P75947)<br>Sara Trudgeon (P82155)<br>Austin Raines (P82583)<br>Assistant Attorney General<br>Attorneys for MDOC Defendants<br>Michigan Department of Attorney General<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI  48909<br>(517) 335-3055 |
| RHOADES MCKEE P.C.<br>Jacqueline M. Gordon (P79014)<br>Attorneys for Plaintiff<br>300 Riverfront Plaza Building<br>55 Campau Avenue, NW<br>Grand Rapids, MI  49503<br>(616) 235-3500 | |

_____/

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties stipulate as follows:

NOW COME the parties, Plaintiff, *pro se* and through counsel, and Defendants, through counsel, and hereby stipulate to the dismissal of any and all remaining claims in the captioned cases with prejudice.

The parties have entered into a settlement agreement resolving the above-captioned cases.  It is the parties' understanding that the Court will waive the remainder of the filing fees in the above-captioned cases.  For these reasons, the parties respectfully request this Honorable Court enter an order of dismissal with prejudice in each of the above-refenced cases.  The requested order will resolve all pending claims and close the above-captioned cases.

IT IS SO STIPULATED.

| | |
|---|---|
| */s/Judy E. Bregman*\* <br> Judy E. Bregman (P32252) <br> Attorney for Plaintiff | */s/ Sara Trudgeon* <br> Sara Trudgeon (P82155) <br> Attorney for Defendants |
| */s/Jacqueline M. Gordon*\* <br> Jacqueline M. Gordon (P79014) <br> Attorney for Plaintiff | */s/ Jennifer Foster* <br> Jennifer Foster (P75947) <br> Attorney for Defendants |
| */s/Daniel Manville*\* <br> Daniel Manville (P39731) <br> Attorney for Plaintiff | */s/ Austin Raines* <br> Austin Raines (P82583) <br> Attorney for Defendants |
| */s/Ade Brown*\* <br> Ade Brown <br> Plaintiff, *pro se* | */s/ Allan J. Soros* <br> Allan J. Soros (P43702) <br> Attorney for Defendant |

\*Signed with permission

IT IS SO ORDERED.

DATED:_____ _____
Hon.
U.S. District Court Judge

4